UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
vs. ) MAGISTRATE JUDGE NOLAN
)
LIANYU LI, ) CASE NUMBER:
   aka Xiangli Chen, )
   Jian Liu, Yinji Zhang, )
   and Ying Ji Sun, ) 08CR 371
JIN HUA DONG, )
   aka Renyu Cui and )
   Zong Shu Liu, )
MYUNG PAK, )
   aka Pak Lse Myung )



FILED
MAY 0 8 2008
5-8-08
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**GOVERNMENT'S MOTION TO SEAL
COMPLAINT, ARREST WARRANTS AND AFFIDAVIT IN SUPPORT THEREOF**

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Arrest Warrant and Affidavit in Support Thereof.

Special Agent Booker T. Wright of the United States Secret Service is the primary source of information for the Complaint and Arrest Warrants and Affidavit in support thereof. The Complaint details the facts supporting probable cause that LIANYU LI, JIN HUA DONG, and MYUNG PAK are knowingly involved in a scheme to defraud financial institutions through multiple home equity loans on the same properties, in violation of Title 18, United States Code, Section 1344. In support of its motion, the government states that disclosure of the information contained in these documents could disclose the existence and nature of the government's investigation to others and jeopardize the investigation.

For the foregoing reason, the government respectfully requests that the Complaint, Arrest Warrants and Affidavit in Support Thereof be sealed until June 6, 2008 or until further notice of the Court.

                                                Respectfully submitted,

                                                PATRICK J. FITZGERALD
                                                United States Attorney

By:                                      
                                                Edward N. Siskel
                                                Assistant U.S. Attorney
                                                219 South Dearborn Street
                                                Chicago, Illinois 60604
DATED: May 8, 2008                       (312) 353-7602