UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>LIANYU LI, )<br>   aka Xiangli Chen, )<br>   Jian Liu, Yinji Zhang, )<br>   and Ying Ji Sun, )<br>JIN HUA DONG, )<br>   aka Renyu Cui and )<br>   Zong Shu Liu, )<br>MYUNG PAK, )<br>   aka Pak Lse Myung ) | 08 CR 371<br><br>Magistrate Judge Nan R. Nolan |

## ORDER

The UNITED STATES OF AMERICA by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, having moved this Court to Unseal the Complaint, Arrest Warrants and Affidavit in support thereof,

IT IS HEREBY ORDERED THAT the Complaint, Arrest Warrants and Affidavit in support thereof be unsealed.

ENTER:

*[signature]*

Nan R. Nolan
U.S. Magistrate Judge
United States District Court

Dated: May 9, 2008