# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 371 - 2 | **DATE** | 05/09/08 |
| **CASE TITLE** | USA vs. Jin Hua Dong | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Jin Hua Dong appears in response to arrest on 05/08/08. Defendant informed of his rights. The court finds defendant unable to afford counsel. Enter Order appointing Panel Attorney Steven Robert Shanin as counsel for defendant. Government seeks detention. Detention hearing to be held on 05/14/08 at 3:15 p.m. Defendant to remain in custody until further order of the Court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | LXS |
|---|---|---|