# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| U.S. v. LI | 08CR371-2<br>08CR371-2 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JIN HUA DONG

**FILED**

MAY 0 9 2008

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

| NAME (Type or print) |
|---|
| Steven Robert Shanin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Steven Robert Shanin |
| FIRM |
| Steven Robert Shanin, Attorney at Law |
| STREET ADDRESS |
| 53 West Jackson Boulevard, suite 920 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 2561379 | 312.697.0000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✔ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✔ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✔ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ✔