# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

JIN HUA DONG
(aka Renyu Cui and Zong Shu Liu)

**FILED**
MAY 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 08CR 371-2

MAGISTRATE JUDGE NOLAN

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JIN HUA DONG__
                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

__Indictment  __Information  _X_ Complaint  __Order of court  __Violation Notice  __Probation Violation Petition

charging him or her with  (brief description of offense)

knowingly executing, or attempting to execute, a scheme or artifice to defraud a financial institution, or to obtain money or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises,

in violation of Title __18__ United States Code, Section(s) __1344__

NAN NOLAN
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

*/s/ Nan R. Nolan*
Signature of Issuing Officer

Date and Location

(By) Deputy Clerk

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5·8·08 | Special Agent Booker Wright | Booker Wright |
| DATE OF ARREST | | |
| 5·9·08 | | |